AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| BRIDLINGTON BUD LTD <br><br> *Plaintiff(s)* <br> v. <br><br> The Partnerships, Unincorporated Associations Identified on Schedule A <br><br> *Defendant(s)* | Civil Action No. 1:25-cv-25594-BB |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    The Partnerships, Unincorporated Associations Identified on Schedule A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Andrew J. Palmer
    Palmer Law Group, P.A.
    401 E Las Olas Blvd, Suite 1400
    Fort Lauderdale, FL 33301
    Phone: 954-491-1300
    ajpalmer@palmerlawgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    12/10/2025


*s/ Dimas Rodriguez*
Deputy Clerk
U.S. District Courts

SUMMONS

Angela E. Noble
Clerk of Court

**Schedule A Defendants**

| Def. # | Seller Aliases | Defendants' Walmart Store URLs |
|---|---|---|
| 1 | FLAIR | https://www.walmart.com/global/seller/102726318 |
| 2 | OmniCove Store | https://www.walmart.com/global/seller/102484124 |
| 3 | Dobrydom | https://www.walmart.com/global/seller/101185624 |
| 4 | Huadu Shop | https://www.walmart.com/global/seller/102661469 |
| 5 | SINFONG-US | https://www.walmart.com/global/seller/102913439 |
| 6 | tianhequyangtangguang llc | https://www.walmart.com/global/seller/102919516 |
| 7 | QGJZVUNL Clothing | https://www.walmart.com/global/seller/101666052 |
| 8 | yiwushijinyumaoyi | https://www.walmart.com/global/seller/102912540 |
| 9 | Beixuan Trading Co., Ltd | https://www.walmart.com/global/seller/102816299 |
| 10 | Guccio | https://www.walmart.com/global/seller/102857682 |
| 11 | Shennanshi Tech | https://www.walmart.com/global/seller/102891887 |
| 12 | biezaigenle | https://www.walmart.com/global/seller/102758568 |
| 13 | wulong | https://www.walmart.com/global/seller/102889311 |
| 14 | HTYS-US | https://www.walmart.com/global/seller/102787405 |
| 15 | J's Home | https://www.walmart.com/global/seller/101208283 |
| 16 | ronghuankeji | https://www.walmart.com/global/seller/102900400 |
| 17 | Raoguiyun clothing | https://www.walmart.com/global/seller/101640994 |
| 18 | iyo574umi | https://www.walmart.com/global/seller/102812146 |
| 19 | LIUDAN | https://www.walmart.com/global/seller/102477661 |
| 20 | HGT-TECH | https://www.walmart.com/global/seller/101280423 |
| 21 | Xcblpo | https://www.walmart.com/global/seller/101658807 |
| 22 | hhhangl shop | https://www.walmart.com/global/seller/102478305 |
| 23 | Waldeals | https://www.walmart.com/global/seller/101675317 |
| 24 | jinghuijingh inc | https://www.walmart.com/global/seller/102921790 |
| 25 | Victoria | https://www.walmart.com/global/seller/102879107 |
| 26 | li yang | https://www.walmart.com/global/seller/102761767 |
| 27 | Sean | https://www.walmart.com/global/seller/102810683 |
| 28 | VVIANE COMPANY | https://www.walmart.com/global/seller/102817082 |
| 29 | penghuakeji | https://www.walmart.com/global/seller/102899833 |
| 30 | GeMeng | https://www.walmart.com/global/seller/102748524 |
| 31 | haoxiang jia | https://www.walmart.com/global/seller/102807160 |
| 32 | JINGJINGWU | https://www.walmart.com/global/seller/101661564 |
| 33 | ZestMode | https://www.walmart.com/global/seller/102481705 |
| 34 | bvsih | https://www.walmart.com/global/seller/102811779 |
| 35 | Superluck | https://www.walmart.com/global/seller/102850752 |
| 36 | MHFHDFBN | https://www.walmart.com/global/seller/101694763 |
| 37 | YaoxiTrading | https://www.walmart.docm/global/seller/102899181 |

| 38 | SiOU | https://www.walmart.com/global/seller/102748557 |
| --- | --- | --- |
| 39 | DingCo | https://www.walmart.com/global/seller/102854414 |
| 40 | PUHUISHI | https://www.walmart.com/global/seller/102753623 |
| 41 | shuqiluo | https://www.walmart.com/global/seller/102852511 |
| 42 | Zjkre | https://www.walmart.com/global/seller/102777553 |
| 43 | Weisi | https://www.walmart.com/global/seller/102814950 |
| 44 | kunmingjimogushangmao | https://www.walmart.com/global/seller/102765552 |
| 45 | zhuzhoucuhui | https://www.walmart.com/global/seller/102793464 |
| 46 | changxidianzi STORE | https://www.walmart.com/global/seller/102905478 |
| 47 | Visit the BearlyGifts Store | https://www.walmart.com/global/seller/102911115 |
| 48 | XINNAN | https://www.walmart.com/global/seller/102745957 |
| 49 | Feihan | https://www.walmart.com/global/seller/102763395 |
| 50 | kejizhangxiao company | https://www.walmart.com/global/seller/102894338 |
| 51 | AutoParts Electronics.Shop | https://www.walmart.com/global/seller/102629308 |
| 52 | GANGBI TRADE | https://www.walmart.com/global/seller/102808858 |
| 53 | SHILISHOP | https://www.walmart.com/global/seller/102814090 |
| 54 | Zhizh | https://www.walmart.com/global/seller/102814987 |
| 55 | shuangpaixue CO.LTD | https://www.walmart.com/global/seller/102913423 |
| 56 | Taohuayudianzi | https://www.walmart.com/global/seller/102862267 |
| 57 | JSldz | https://www.walmart.com/global/seller/102767616 |
| 58 | NINGLIN LLC | https://www.walmart.com/global/seller/102817980 |
| 59 | KEGUI Co. | https://www.walmart.com/global/seller/102661551 |
| 60 | KENCAN TRADE | https://www.walmart.com/global/seller/102812323 |
| 61 | BiFaCai Home Mall | https://www.walmart.com/global/seller/102584027 |
| 62 | CCxxlong | https://www.walmart.com/global/seller/102821504 |
| 63 | GRMART INC | https://www.walmart.com/global/seller/101279218 |
| 64 | Jixinke | https://www.walmart.com/global/seller/101593661 |
| 65 | wengangtang | https://www.walmart.com/global/seller/102854049 |
| 66 | PFWOWB | https://www.walmart.com/global/seller/101596178 |
| 67 | liaory88668 | https://www.walmart.com/global/seller/102806826 |
| 68 | Cutee Store | https://www.walmart.com/global/seller/102790844 |